

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00696-CV

**IN THE INTEREST OF E.P.C.**, S.C., and Z.E.C., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02387
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Rebeca C. Martinez, Justice

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:     February 11, 2015

AFFIRMED; MOTION TO WITHDRAW GRANTED

This is an appeal from the trial court's termination of appellant Victoria G.'s parental rights to her three children. Counsel for appellant has filed a brief representing that he has conducted a professional evaluation of the record and determined that there are no meritorious issues to raise on appeal. Counsel concludes the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). In compliance with the procedure in *Anders*, counsel sent a copy of counsel's brief to appellant, and informed appellant of her right to file her own brief. *See*

*Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.). Appellant has not filed a pro se brief.

After reviewing the record from the trial on the merits and counsel's brief, we agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment, and grant counsel's motion to withdraw. *Nichols*, 954 S.W.2d at 85-86.

Rebeca C. Martinez, Justice